In the Matter of the Application of LOUIS DUNST, Petitioner, Appellant, for an Order Directing S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, to Strike Out the Nominating Petition, Designating 440 Persons for the Party Positions of Democratic County Committeemen in and for Election Districts 1–29, Inclusive, Sixth Assembly District, New York County.— Order, so far as appealed from, modified by granting the motion to strike out and remove the names of the fifty-three substituted candidates for the county committee; otherwise affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to affirm in all respects.